# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Juan Francisco FUENTES-Perez

**WARRANT FOR ARREST**

Case Number: DR:25-M -05160(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Juan Francisco FUENTES-Perez
                                                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*On November 13, 2025, defendant Juan Francisco FUENTES-Perez, a Venezuelan citizen, was arrested near Eagle Pass, TX, within the Western District of Texas, for conspiracy to transport one illegal alien further into the United States. Agents encountered FUENTES as the driver of a gray Honda Civic sedan at immigration checkpoint (T-914) on H-57. During the immigration inspection, FUENTES was unable to provide any documentation to be here in the US and was escorted to secondary inspection. Once in secondary, Agents requested consent to search the trunk and located one subject curled up inside. Agents performed an immigration inspection on the subject and determined he was illegally present in the US. Post Miranda, FUENTES admitted to conspiring with an unknown facilitator to pick up an illegal alien and transport him to Austin, TX for $1000 USD.*

in violation of Title   **8**   United States Code, Section(s)   **1324(a)(1)(A)(v)(I)**

MATTHEW H. WATTERS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

November, 17, 2025 DEL RIO, Texas
Date and Location

Bail Fixed at $   DETAIN   by    MATTHEW H. WATTERS
                                                                                                       Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas.

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| November 17, 2025 | | |
| Date of Arrest | KAUTENBERGER, SHANE | |
| November 13, 2025 | Border Patrol Agent | /s/ KAUTENBERGER, SHANE |